■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WAVERLY LINDSEY, Appellant.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ LAWRENCE SILVERMAN, an Infant, by His Mother, FRANCES SILVERMAN, et al., Respondents, v. CITY OF NEW YORK, Defendant, and BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

(November 3, 1961)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. AURELIUS CIRILLO, Relator, v. WARDEN OF THE CITY PRISON, BROOKLYN, Respondent.—

Nolan, P. J., Beldock, Christ and Pette, JJ., concur; Ughetta, J., not voting.

(November 6, 1961)

■ LEWIS K. APTON et al., Appellants-Respondents, v. BARDON STRUCTURES, INC., et al., Respondents-Appellants, et al., Defendants.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ PETER AVERSANO, as Guardian ad Litem of JOAN AVERSANO, Respondent, v. VICTOR FUMUSO, Appellant, et al., Defendants.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.